UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEWELL WEEKES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COHEN CLEARY, P.C.,<br><br>Defendant. | CASE NO. 1:23-cv-10817<br><br>**JOINT MOTION PROPOSING CASE SCHEDULE** |

Pursuant to this Court's Order of December 5, 2024 (Doc 50), Plaintiff Paula Jewell Weekes ("Plaintiff") and Defendant Cohen Cleary, P.C. ("Defendant"), hereby propose that Plaintiff file her Motion for Preliminary Approval of the Settlement Agreement, in which she will seek to certify the class, by January 31, 2025.

Dated: December 20, 2024                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Laura Van Note
　　　　　　　　　　　　　　　　　　　　Laura Van Note (CA S.B. #310160)*
　　　　　　　　　　　　　　　　　　　　Cole & Van Note
　　　　　　　　　　　　　　　　　　　　555 12th Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Oakland, CA  94607
　　　　　　　　　　　　　　　　　　　　T: 510.891.9800
　　　　　　　　　　　　　　　　　　　　lvn@colevannote.com

　　　　　　　　　　　　　　　　　　　　Steven A. Schwartz (BBO #560066)
　　　　　　　　　　　　　　　　　　　　Joel D. Schwartz, P.C.
　　　　　　　　　　　　　　　　　　　　1 Washington Mall, 16
　　　　　　　　　　　　　　　　　　　　Boston, MA  02108
　　　　　　　　　　　　　　　　　　　　T: 617.600.0439
　　　　　　　　　　　　　　　　　　　　sas@joelhschwartz.com

　　　　　　　　　　　　　　　　　　　　Daniel Srourian (C.A. S.B. #285678)*
　　　　　　　　　　　　　　　　　　　　Srourian Law Firm, P.C.
　　　　　　　　　　　　　　　　　　　　3435 Wilshire Boulevard, Suite 1710
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90010
　　　　　　　　　　　　　　　　　　　　T: 213.474.3800
　　　　　　　　　　　　　　　　　　　　daniel@slfla.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Putative Class*

1

*/s/ Timothy J. Lowe*
Timothy J. Lowe (*admitted pro hac vice*)
McDonald Hopkins PLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
tlowe@mcdonaldhopkins.com

Jennifer E. Burke, BBO# 554632
Lindsey A. Gil, BBO# 679626
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02210
T: 617.951.2004
F: 617.235.3550
jburke@peabodyarnold.com
lgil@peabodyarnold.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify the foregoing document is being served on all counsel via email.

*/s/ Timothy J. Lowe*
MCDONALD HOPKINS PLC
Timothy J. Lowe, Esq. (MI Bar # P68669)

2

34651293.1