UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEWELL WEEKES, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COHEN CLEARY, P.C.,<br><br>    Defendant. | )  Case No. 1:23-cv-10817-NMG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD FOR ATTORNEYS FEES, LITIGATION COSTS AND SERVICE AWARD</u>**

Plaintiff Jewell Weekes ("Plaintiff"), by and through her undersigned counsel, respectfully move this Court, before the Honorable Nathaniel M. Gorton, United States District Judge, at the United States District Court, District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts, for an Order:

1. Granting final approval of the Class Action Settlement;

2. Confirming certification of the Settlement Class for settlement purposes;

3. Finding that the Notice Plan was the best practicable under the circumstances and complied with due process;

4. Approving the proposed distribution of the Settlement Fund;

5. Awarding Class Counsel attorneys' fees and costs;

6. Awarding a Service Award to Plaintiff as the Class Representative;

7. Granting Request for Reimbursement of Administrative Fees; and

8. Entering Final Judgment.

This Motion is based on the record in this case, including: (1) the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Litigation Costs and a Service Award; (2) the Declaration of Laura Van Note, Esq. in Support of Final Approval; (3) the Declaration of Veronica Olivares, Settlement Administrator, Regarding Notice and Claims Administration; (4) the Declaration of Plaintiff Jewell Weekes, in Support of Final Approval, and any additional materials or argument that may be presented to the Court.

Date: July 15, 2025

By: */s/ Laura Grace Van Note*
Laura Van Note, Esq. (CA S.B. # 310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email: lvn@colevannote.com

Steven A. Schwartz, Esq. (BBO #560066)
**JOEL D. SCHWARTZ, P.C.**
1 Washington Mall, 16
Boston, MA 02108
Phone: (617) 600-0439
Email: sas@joelhschwartz.com

Daniel Srourian, Esq. (C.A. S.B. #285678)*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Boulevard, Suite 1710
Los Angeles, CA 90010
Telephone: (213) 474-3800
Email: daniel@slfla.com

*Attorneys for Representative Plaintiff and the Plaintiff Class*

**Admitted Pro Hac Vice*

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Laura Van Note, counsel for Plaintiff, certifies that Plaintiff's conferred with counsel for Defendants Cohen Cleary P.C., and they have no objection to this motion being filed and the relief requested herein.

*/s/ Laura Grace Van Note*
Laura Van Note, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15 day of July, 2025, this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

/s/ Laura Grace Van Note
Laura Van Note, Esq.